UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00155

———

**Joseph Dan Fuller,**
*Plaintiff,*

v.

**State of Texas et al.,**
*Defendants.*

———

# ORDER

Plaintiff, an inmate proceeding pro se, brought this lawsuit alleging violations of his constitutional rights. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the lawsuit be dismissed with prejudice for failure to state a claim upon which relief can be granted, predicated on plaintiff's failure to exhaust administrative remedies. Doc. 13 at 7. No party filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. All claims in this matter are dismissed with prejudice for failure to state a claim upon which relief can be granted. Any pending motions are denied as moot.

*So ordered by the court on February 20, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -